DAVID S. MUSGROVE
1481351 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367

74,261-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

FEBRUARY 12 2015

HONORABLE SUSAN HUGHES
COOKE COUNTY DISTRICT CLERK
101 SOUTH DIXON, ROOM 207
GAINESVILLE, TEXAS 76240

RE; OBJECTIONS IN CAUSE NO. CR06-181B  &  WRIT NO. WR-74,261-03


Dear Ms. Hughes,

Please find enclosed the applicant's objection to the states refusal to answer and failure to be in compliance, in the above listed cause number. Please also find the applicant's objection to the courts refusal to hold a hearing on controverted facts, also in the above listed cause numbers.

Please file these with the court in the above listed writ no. and forward them accordingly. I have sent a copy to the courts in Austin as listed in the attached certificate of service.

Please also return a file stamped copy of both, as well as a copy of this letter, as soon as is possible, as this is a time sensitive matter. I have enclosed a self addressed postage envelope for your convinence.

Your time, help, and understanding in this matter is most greatly appreciated. Thank you, and have a beautiful day!

Sincerely,
David Musgrove

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS


WRIT NO. WR-74,261-03


DAVID SCOTT MUSGROVE II            §     IN THE 235TH DISTRICT COURT

EX PARTE                           §        OF COOKE COUNTY, TEXAS

                                   §        Tr.Ct.No. CR06-181B

---

APPLICANT'S OBJECTION TO THE STATE'S REFUSAL TO ANSWER

IN THE ABOVE CAUSE NO., AND STATE'S FAILURE TO BE IN

COMPLIANCE WITH THE TEXAS CODE OF CRIMINAL PROCEDURE

ARTICLE § 11.07, SECTION 3(b).

---

TO THE HONORABLE JUDGES OF SAID COURT;

Comes now, DAVID SCOTT MUSGROVE II, herein after referred to as applicant, and will show the court the following in support of this objection.

I.

On Monday January 26 2015, the applicant received notice from the COURT OF CRIMINAL APPEALS, BY "White Card" that his application for 11.07 Writ of Habeas Corpus had been received.


II.

The Texas Code of Criminal Procedure 11.07, section 3(b) states that "the attorney representing the state in that court "SHALL" answer the application not later than the 15th day after the date the copy of application is received. [SHALL= (1) Has a duty to>more broadly, is required to]see page 1499, Black's law dictionary-ninth edition

## III.

As of today's date, February 05 2015, the applicant has received no response or answer from the attorney representing the state in the above court, which shows their failure to follow the procedures, set out in the Texas Code of Criminal Procedure. This failure shows the continued denial of DUE PROCESS by denying the applicant the right to be involved or respond at a critical stage in these proceedings.

## IV.

The applicant would also bring to the attention of this Honorable court that the state's attorney, at this time, should be barred from filing any answer, after the statutory deadline of 15 days, which the state's attorney is given to respond, according to 11.07, sec.3(b) of the Tex.c.c.p., because no extension of time to file or answer is available. Allowing the state to respond, after the deadline would be a total miscarriage of justice, and a continuing denial of due process at it's core.

RESPECTFULLY SUBMITTED,

/s/ _David Scott Musgrove_

David Scott Musgrove II
applicant/prose

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

OBJECTION TO THE STATE'S REFUSAL AND NON COMPLIANCE WITH THE TEXAS

C.C.P. § 11.07 SECTION 3(b),has been sent by First class mail

postage pre-paid,to the District Clerk,in Cooke County Texas at the

following address;

HONORABLE SUSAN HUGHES

COOKE COUNTY DISTRICT CLERK

COOKE COUNTY COURTHOUSE

101 SOUTH DIXON, ROOM 207

GAINESVILLE, TEXAS 76240

I further certify that a true and correct copy has been sent by

First class mail postage pre-paid to the clerk of the Texas Court

of Criminal Appeals at the following address;

HONORABLE ABEL ACOSTA

COURT OF CRIMINAL APPEALS CLERK

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

Placed in the prison mailbox,U.S.mail;on this the 12th day of February

2015.

/s/ David S. Musgrove,prose

CC:file/dsm

page 3

DECEMBER 2, 2014

HONORABLE SUSAN HUGHES
COOKE COUNTY DISTRICT CLERK
COOKE COUNTY COURTHOUSE
101 SOUTH DIXON, ROOM 207
GAINESVILLE, TEXAS 76240
940-668-5450

**CR06-181B**

EX PARTE:                                                    IN THE DISTRICT COURT

                                                             OF COOKE COUNTY, TEXAS

DAVID SCOTT MUSGROVE, II                                     235th JUDICIAL DISTRICT


FILING DATE: DECEMBER 2, 2014


DAVID SCOTT MUSGROVE, II #1481351
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

This letter serves to acknowledge receipt of the above-captioned post-conviction applications for Writ of Habeas Corpus. Article 11.07 of the Texas Code of Criminal Procedure affords the State fifteen (15) days in which it may answer. After that fifteen (15) days, the Court has twenty (20) days in which it may order a hearing. If no order has been entered thirty-five (35) days from the above date, the application will be forwarded to the Court of Criminal Appeals for their consideration.

Sincerely,

Melissa Gann, Deputy

